**Opinion issued August 20, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00405-CV

———————————

## IN RE SARAH HADEN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Sarah Haden, has filed a petition for writ of mandamus challenging the trial court's March 22, 2019 order granting reconsideration, vacating its new-trial order, and reinstating its prior modification order in the underlying suit affecting the parent-child relationship.[1] We deny the petition.

---

[1] The underlying case is *In the Interest of H.G. and L.G., Children*, cause number 2012–59856, pending in the 311th District Court of Harris County, Texas, the Honorable Germaine Tanner presiding.

## PER CURIAM

Panel consists of Justices Lloyd, Goodman, and Landau.